JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL FRIES, | No. SA CV 16-01687-R (DFM) |
| Petitioner, | JUDGMENT |
| v. | |
| K.D. HARRIS et al., | |
| Respondents. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that that the petition is denied and this action is dismissed with prejudice.

Dated: March 22, 2017

_____
MANUEL L. REAL
United States District Judge